1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11  JONATHAN L. DELL,                          **CASE No. 1:16-cv-1769-MJS (PC)**

12              Plaintiff,                     **ORDER FOR SERVICE DOCUMENTS**
                                               **FOR DEFENDANT ESPINOZA**
13      v.
                                               **THIRTY-DAY DEADLINE**
14  R. ESPINOZA et al.,

15              Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights

18  action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a

19  magistrate judge.

20          This action proceeds on Plaintiff's Complaint on an Eighth Amendment excessive

21  force claim against Corcoran State Prison ("CSP") Correctional Officers Espinoza and

22  Roque, a failure to protect claim against Sergeant James, and a deliberate indifference

23  claim against Dr. Barnett and Lt. Martinez. (ECF Nos. 1, 9.) The incidents underlying this

24  action occurred at CSP in August 2014.

25          Recently, a summons was returned unexecuted as to CO Espinoza. (ECF No.

26  16.) Per the unexecuted summons, this Defendant was "[t]erminated in 2005." Since

27  Plaintiff must provide correct information about this Defendant for service of process,

28  Plaintiff will be directed to submit new information for Defendant Espinoza within thirty

1

days. Failure to do so may result in the dismissal of Plaintiff's claim against this Defendant pursuant to Federal Rule of Civil Procedure 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall mail Plaintiff a USM-285 form;

2. Within thirty days from the date of this order, Plaintiff must submit the completed form and provide new instructions for service of process upon Defendant Espinoza; and

3. Failure to comply with this Order or to show good cause for failure will result in the dismissal of Defendant Espinoza from this action.

IT IS SO ORDERED.

Dated:   May 16, 2017                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE