UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN L. DELL,<br><br>    Plaintiff,<br><br>    v.<br><br>R. ESPINOZA et al.,<br><br>    Defendants. | **CASE No. 1:16-cv-1769-DAD-MJS (PC)**<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL**<br><br>**(ECF NO. 29)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Pending is Plaintiff's motion to compel the California Department of Corrections and Rehabilitation to provide information to effectuate service on Defendant Correctional Officer R. Espinoza. Since this Defendant has now been served and filed an answer (see ECF Nos. 31-32), IT IS HEREBY ORDERED that Plaintiff's motion to compel (ECF No. 29) is DENIED as moot.

IT IS SO ORDERED.

Dated: December 4, 2017      /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE